IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:11-cr-235-DPM

KENNETH EDGAR HARMON            DEFENDANT

## ORDER

The Court directs the Clerk to issue a summons for Kenneth Edgar Harmon. № 38. The Court will hold a hearing on the motion to revoke Harmon's supervised release on 23 April 2014 at 1:30 p.m.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 February 2014